926

No. 805. DULIEN STEEL PRODUCTS, INC. *v.* CONNELL. Supreme Court of Louisiana. Certiorari denied. *Irwin Geiger, Paul R. Harmel* and *Michael A. Schuchat* for petitioner. *Philip H. Mecom* for respondent.

No. 825. PHILCO TELEVISION BROADCASTING CORP. ET AL. *v.* ETTORE. C. A. 3d Cir. Certiorari denied. *Oscar Brown* for petitioners. *Murray L. Schwartz* for respondent.

No. 839. BOARD OF COUNTY COMMISSIONERS OF WYANDOTTE COUNTY, KANSAS, *v.* WILLIAM J. HOWARD, INC. C. A. 10th Cir. Certiorari denied. *J. E. Schroeder* and *Harold H. Harding* for petitioner. *Eugene P. Kealy* and *Francis L. Brinkman* for respondent.

No. 782. ROYALTY ET AL. *v.* CHUCALES ET AL., DOING BUSINESS AS THE STATE BAR & GRILL. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *J. W. Brown* for petitioners. *Homer John Micklethwaite* for respondents.

No. 720. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Carter Fort, Gregory S. Prince, Francis M. Shea, Philip F. Welsh* and *Lawrence J. Latto* for petitioners. *M. L. Countryman, Jr.* for the Northern Pacific Railway Co., and *Stanfield B. Johnson* and *Robert J. McLean* for the Southern Pacific Co., petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Paul A. Sweeney, Edward H.*